Joseph Capone, Appellant, v. Matteo Realty Corporation and Others, Defendants. Accounting of Thomas F. McGuire, Receiver of Rents, etc.

JOSEPH CAPONE, Appellant; THOMAS F. McGUIRE, Receiver, Respondent; VITO F. LANZA, Respondent; NATIONAL SURETY COMPANY, Respondent.— Motion for reargument denied. Present — Young, Kapper, Tompkins and Davis, JJ.; Hagarty, J., not voting.